NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM I. PORATH, DC #C12014,           )
                                         )
       Appellant,           )
                                         )
v.                                       )
                                         )     Case No.  2D18-203
STATE OF FLORIDA,                        )
                                         )
       Appellee.            )
                                         )
_____ )

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and Siobhan Helene Shea, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

      Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.